IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-365-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JUAN MIGUEL GARCIA-SOTO | : |

**FINAL ORDER OF FORFEITURE**
**AS TO THE 2006 NISSAN ALTIMA**

WHEREAS, on September 8, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and entering into a Consent Decree of Forfeiture on August 27, 2009 agreeing to the forfeiture of the property listed in the September 8, 2009 Preliminary Order of Forfeiture, to wit: a) A 2006 Nissan Altima, VIN: 1N4AL11D46C193740, and b) A 2004 Porsche, Cayenne, VIN: WP1AB29P84LA63022;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 3, 2010 and May 2, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, a Settlement Agreement Recognizing the Interest of North State Acceptance, LLC as to the subject 2006 Nissan Altima was filed with this Court on May 14, 2010;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject 2006 Nissan Altima described in this Court's September 8, 2009 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the May 14, 2010 Settlement Agreement Recognizing the Interest of North State Acceptance, LLC is approved.

2. That the subject 2006 Nissan Altima listed in the September 8, 2009 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Homeland Security is directed to dispose of the subject 2006 Nissan Altima according to law.

3. That any and all forfeited funds shall be deposited by the United States Department of Homeland Security as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and

21 U.S.C. § 881(e).

This 30 July 2010.

                                                                                                     _____
                                                                                                     W. Earl Britt
                                                                                                     Senior U.S. District Judge